No. 7. THOMAS F. WILSON (ON BEHALF OF THE TERRITORY OF ARIZONA), APPELLANT, *v.* GEORGE W. VICKERS ET AL. Appeal from the Supreme Court of the Territory of Arizona. Submitted October 11, 1906. Decided October 29, 1906. *Per Curiam.* Decree affirmed with costs. *Mr. Eugene S. Ives* for appellant. *Mr. C. F. Ainsworth* for appellees.

---

No. 241. HAIGHT & FREESE COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* BEVERLY R. ROBINSON, RECEIVER, ETC. In error to the Circuit Court of the United States for the Southern District of New York. Motion to dismiss submitted October 22, 1906. Decided October 29, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Alexander* v. *United States,* 201 U. S. 117, 122; *Nelson* v. *United States,* 201 U. S. 92; *Hardee* v. *Wilson,* 146 U. S. 179; *Masterson* v. *Herndon,* 10 Wall. 416; *Beardsley* v. *Railway Company,* 158 U. S. 123. *Mr. Albert I. Sire* for plaintiffs in error. *Mr. Roger Foster* for defendant in error.